## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

JAN M. RIVERA CARABALLO and
HEIDIMAR ORTIZ,

      Plaintiff (s),

vs.

ASSOCIATION LAW
GROUP, P.L.,

      Defendant.

_____/

### COMPLAINT

    Plaintiffs, JAN M. RIVERA CARABALLO ("Rivera") and HEIDIMAR ORTIZ, ("Plaintiffs"), sues the Defendant ASSOCIATION LAW GROUP, P.L., ("Defendant" "ALG"), and as grounds therefore states:

### JURISDICTION AND VENUE

1.    This is an action under the Fair Debt Collections Practices Act.

2.    This Court has subject matter jurisdiction of this case under the Federal Debt Collections Practices Act, 15 U.S.C. § 1692 et. Seq. ("FDCPA"), and 28 U.S.C. § 1331.

3.    Venue is proper in the United States District Court for the Southern District of Florida under 28 U.S.C. §§ 1391(a) through (c).  Plaintiff's has been sued by the Defendant in Miami-Dade County and Defendant conducts business in this District.

### PARTIES

4.    Plaintiffs, Jan M. Rivera and Heidimar Ortiz., own a residential property located at 3480 NE 1 Street, Homestead, Florida 33033.

5.    Plaintiffs are members of the Oasis Club Homeowner Association. ("Association").

6.    Lennar Homes, LLC., was the Pre-Transfer community clubhouse owner.

7.      Plaintiffs are consumers as defined in 15 U.S.C. § 1692 (a)(3).

8.      Defendant, Association Law Group, P.L., ("The Firm" or "ALG"), is a law firm with its principal place of business located at 1200 Brickell Avenue, PH 2000 Miami, Florida 3313.

9.      The Firm was retained by Lennar Homes, LLC ("Lennar") to collect past due amounts allegedly owed for the community clubhouse.

10.     The Firm, engages in consumer debt collection on behalf of community associations and other entities throughout Florida, including filing liens and foreclosure of past due assessments.

11.     The Firm regularly collects or attempts to collect consumer debts asserted owed or due and regularly uses the mails and other instrumentalities of interstate commerce in its attempts to collect debts asserted to be owed or due by consumers. In the case of Plaintiff's, a Complaint attempting to foreclose a lien was filed by the Defendant to collect a consumer debt.

12.      Association Law Group, P.L., is a debt collector as defined in 15 U.S.C. §1692(a)(6.

13.     The Firm has intentionally violated, by act or omission, a provision or provisions of the FDCPA.

## FACTUAL ALLEGATIONS

14.     Plaintiffs are members of the Association by reason of the ownership of the property described above.

15.     The property is Plaintiffs' homestead and has been their home since on or about July 18, 2014.

16.     Lennar was the owner of the clubhouse until May 23, 2013 when it was sold to the East Homestead Community Development District ("CDD") and the residents' payment obligation to Lennar ceased to exist.

17.     Plaintiffs purchased the property after the Clubhouse had been sold to the CDD.

18.     On or about April 7, 2014, the title company handling the closing of said property requested an estoppel letter from the Association seeking notification of any and all amounts owing to the Association. *Attached hereto as Composite Exhibit "A" is a true copy of the Responses to the Estoppel Request.*

19.     Plaintiffs could not close on the property until all outstanding amounts were paid or agreed to be paid at closing. Plaintiffs closed on July 18, 2014 and paid in full all monies due and owing to the Association. *Attached hereto as Exhibit "B", is a true copy of the closing Settlement Statement (HUD-1).*

20.     On or about September 26, 2017, the Plaintiffs were notified by the Defendant, that a balance of $6,304.46 was allegedly owed for the clubhouse. *Attached hereto as Exhibit "C" is a true copy of the Final Courtesy Notice of Past Due Assessments.*

21.     Mr. Rivera contacted ALG to explain that any and all past due balances were paid at closing. However, ALG representatives refused to let Mr. Rivera speak to an attorney. ALG's refusal to speak to him coupled with his proof of payment led the Plaintiffs to believe that ALG's attempt to collect was an attempt to perpetrate a scam against him and his wife.

22.     Subsequently, Plaintiffs contacted the Title Company that had conducted the closing and obtained the estoppel information and requested that they reach out to ALG.  The Title Company attempted numerous times to email and call ALG but never received an email or call back from ALG.

23.     On or about April 20, 2018, Plaintiffs received from the Firm a certified letter advising that they were delinquent on their Clubhouse account and that a Claim of Lien for $2,763.35 dollars had been filed against their property. *A true copy of the April 20, 2017 letter "Delinquent Club Dues" with Claim of Lien is attached hereto as Composite Exhibit"D".*

24.     On or about May of 2018, Mr. Rivera made another attempt to speak directly to an attorney at ALG by visiting their offices at 1200 Brickell Avenue. Mr. Rivera bumped into an ALG attorney while riding the elevator to their office and explained to them that a mistake had been made and that he had the proof that all assessments and past due balances had been paid. The ALG attorney assured him that the front desk person would assist him.

25.     Rivera spoke to the ALG receptionist who promised to forward his information and his offer to pay the Lien amount of $2,763.35 dollars to resolve this matter. Plaintiffs knew all outstanding balances had been paid, but just wanted to resolve the matter and go on with their lives.

26.     On May 17, 2018, Plaintiffs was served with a two count Complaint seeking to foreclose on the lien and for money damages for breach of contract.

27.     On May 29, 2018, Rivera received an email from Shinelle Willoughby, the Comptroller for ALG, requesting the outstanding balance of $8,055.62 dollars. *Attached hereto as Composite Exhibit "E" is a true copy of the May 29 2018 letter and attachment".*

28.     The threat of being hauled into state court, particularly for a debt that Plaintiffs did not owe, and potentially losing their home has resulted in Plaintiffs having suffered undue distress and anxiety, and the associated symptoms that reasonably spring there from.

29.     Moreover, Rivera works for the US Customs and Border Patrol Officer. In order to be employed with US Customs, Rivera had to be vetted and qualified for a security clearance. Every two years, Mr. Rivera must undergo a security check to ensure that he continues to be qualified to have his grade level security clearance. This litigation could potentially disqualify him from maintaining his security clearance and thus his job, added to the emotional stress the Plaintiffs are already facing with ALG's attempt to foreclose on their home.

30.     Plaintiffs have also sustained actual damages in the form of the attorney's fees they have incurred retaining counsel to defend the underlying state court action that Defendant filed. *Lowe v. Elite Recovery Solutions, L.P.*, 2008 U.S. Dist. LEXIS 8353 (E.D.Cal. 2008) (holding that fees incurred from underlying state court action were recoverable as "actual damages" under the FDCPA).

### COUNT 1 - 15 U.S.C 1692d

31.     Plaintiffs re-alleges and incorporates paragraphs 1 through 30 by reference herein.

32.     Defendant knew or should have known the amounts it sought to collect in the September 26, 2017 Final Courtesy Notice of Past Due Assessments, April 20, 2018 Delinquent Club Dues and Notice of Claim of Lien, the May 29, 2018 Letter and the May 2018 Complaint to Foreclose Lien were improper and in violation of the Fair Debt Collections Practices Act when it knew the debt was not legitimate, had been previously paid and exceeded the applicable statute of limitations.

33.     The Firm knew the debts at issue were illegitimate and the legal right to collect those amounts did not exist for the reasons set forth above. The Firm knew what dates the debts were incurred, what the debt was comprised of, and that payment had been made.

34.     The Firm violated 15 U.S.C 1692d, by willfully engaging in conduct which could reasonably be expected to abuse or harass Plaintiffs or any member of their family, by sending a

letter demanding payment, filing a claim of lien and subsequently a Complaint to foreclose lien on a debt that did not exist and or was time-barred.

**WHEREFORE**, Plaintiffs seek a judgment against Defendant for the recovery of statutory damages, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

<u>**COUNT II - 15 U.S.C 1692e**</u>

35.     Plaintiffs re-alleges and incorporates paragraphs 1 through 30 by reference herein.

36.     The Firm violated 15 U.S.C 1692e by using false, deceptive, or misleading representation or means in connection with the collection of the debt when it filed a claim of lien and Complaint to foreclose lien on a debt that was non-existent and or time-barred.

**WHEREFORE**, Plaintiffs seek a judgment against Defendant for the recovery of statutory damages, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

<u>**COUNT III - 15 USC 1692e(2)(A)**</u>

37.     Plaintiffs re-alleges and incorporates paragraphs 1 through 30 by reference herein.

38.      Defendant knew or should have known the amounts it sought to collect in the September 26, 2017 Final Courtesy Notice of Past Due Assessments, April 20, 2018 Delinquent Club Dues and Notice of Claim of Lien, May 29, 2018 Letter and the May 2018 Complaint to Foreclose Lien were improper. Defendant violated 15 USC 1692e(2)(A) by falsely representing the character, amount, or legal status of the debt.

**WHEREFORE**, Plaintiffs seek a judgment against Defendant for the recovery of statutory damages, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

<u>**COUNT IV – Violation of 15 USC 1692e(5)**</u>

39.     Plaintiffs re-alleges and incorporates paragraphs 1 through 30 by reference herein.

40.     Defendant knew or should have known the amounts it sought to collect in the September 26, 2017 Notice of Past Due Assessments, April 20, 2018 Delinquent Club Dues and

Notice of Claim of Lien, May 29, 2018 Letter and the May 2018 Complaint to Foreclose Lien and for breach of contract were improper. These communications violated 15 USC 1692e(5) by threatening to take any action that cannot legally be taken or that is not intended to be taken.

**WHEREFORE**, Plaintiffs seek a judgment against Defendant for the recovery of statutory damages, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

## COUNT V – Violation of 15 U.S.C 1692e(10)

41.    Plaintiffs re-alleges and incorporates paragraphs 1 through 30 by reference herein.

42.    Defendant attempts to collect a debt violated 15 USC 1692e(10) by using false representation or deceptive means to collect or attempt to collect the debt when it knew or should have known the debt was non-existent and or time barred.

**WHEREFORE**, Plaintiffs seek a judgment against Defendant, ALG for the recovery of statutory damages, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

## COUNT VI – Violation of 15 U.S.C 1692f

43.    Plaintiffs re-alleges and incorporates paragraphs 1 through 30 by reference herein.

44.    Defendant violated 15 U.S.C. §1692f. The firm's conduct was unfair or unconscionable where it knowingly and intentionally sought to recover amounts which it was not legally entitled to recover. The Firm knew the amounts sought were illegitimate and the legal right to collect those amounts did not exist for the reasons set forth above.

**WHEREFORE**, Plaintiffs seek a judgment against Defendant for the recovery of statutory damages, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

## COUNT VII – Violation of 15 USC 1692f(1)

45.    Plaintiffs re-alleges and incorporates paragraphs 1 through 30 by reference herein.

46.    Defendant violated 15 USC 1692f(1) by collecting or attempting to collect amounts not expressly authorized by the agreement creating the debt or permitted by law.

**WHEREFORE**, Plaintiffs seek a judgment against Defendant for the recovery of statutory damages, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs, JAN M. RIVERA CARABALLO and HEIDIMAR ORTIZ, hereby demands a trial by jury of all issues triable.

Dated: <u>August 24, 2018</u>

Respectfully submitted,

AMADOR & CUELLAR, PLLC.
1330 SW 22 ST., SUITE 304
MIAMI, FL 33145
TEL. (305) 901-3337
FAX. (305) 647-0669
SERVICE EMAIL: efiling@aclawoffices.net
BY: /s/ *Abbie B. Cuellar*
MONICA AMADOR, ESQ.
FLORIDA BAR NO.  29994
ABBIE B. CUELLAR, ESQ.
FLORIDA BAR NO. 97756

**Dale C. Glassford, P.A.**
12908 SW 133 Court
Miami, Florida 33186
Telephone: (305)259-8155
Fax: (305)251-1055

April 22, 2014

Simone N Farquharson
Duwayne M Spencer
3480 NE 1 Street
Homestead, Florida 33033

Re:        Unit 33-10 (#5113), Mirage at Oasis Community Association, Inc.
Address:   33480 NE 1 Street, Homestead, FL 33033

To whom it may concern:

The amount currently due for the above referenced unit is as follows:

| | |
|---|---|
| Assessments/Late fees until April '14: | $ 5,918.42 |
| Interest: | $   116.00 |
| Costs: | $   885.35 |
| Attorney's fees: | $ 3,150.00 |
| Total: | $10,069.77 Good through 4/30/14 |

Please make your check payable to Dale C. Glassford, PA-Trust Account and deliver to the above address.

Upon full payment the lien shall be released and Case No. 13-4385 CC 26 shall be dismissed and the Lis Pendens discharged. If you have any questions please feel free to contact the undersigned.

Sincerely,

DALE C. GLASSFORD, ESQ.

**Composite Exhibit "A"**

*Dale C. Glassford, P.A.*
*12908 SW '133 Court*
*Miami, Florida 33186*
*Telephone: (305)259-8155*
*Fax: (305)251-1055*

May 14, 2014

TRIDENT TITLE
501 South Flager Drive
Suite 201
West Palm Beach, FL 33401

Re:        Unit 133 (#5113), Mirage at Oasis Community Association, Inc.
Address:   3480 N.E. 1ˢᵗ Street, Miami, FL
Owner:     Spencer/Farquharso

To whom it may concern:

    The amount currently due for the above referenced unit is as follows:

| | |
|---|---|
| Assessments/Late fees: | $ 8,018.42 |
| Interest: | $   116.00 |
| Costs: | $   759.25 |
| Attorney's fees: | $ 3,275.00 |
| Total: | $12,168.67 Good through 5/30/14 |

**Please make your check payable to Dale C. Glassford, Esq.-Trust Account
and deliver to the above address.**
    This assessments are **$100.00/monthly with a $25.00 late fee if not paid by the
30th day.**
    If you have any questions please feel free to contact the undersigned.

Sincerely,

DALE C. GLASSFORD, ESQ.

**Dale C. Glassford, P.A.**
12908 SW `133 Court
Miami, Florida 33186
Telephone: (305)259-8155
Fax: (305)251-1055

July 16, 2014

TRIDENT TITLE
501 South Flager Drive
Suite 201
West Palm Beach, FL 33401

Re:        Unit 133 (#5113), Mirage at Oasis Community Association, Inc.
Address:   3480 N.E. 1ˢᵗ Street, Miami, FL
Owner:     Spencer/Farquharso

To whom it may concern:

The amount currently due for the above referenced unit is as follows:

| | |
|---|---|
| Assessments/Late fees: | $ 6,283.42 |
| Interest: | $  116.00 |
| Costs: | $  759.25 |
| Attorney's fees: | $ 3,675.00 |
| Total: | $10,833.67 Good through 7/31/14 |

Please make your check payable to Dale C. Glassford, Esq.-Trust Account
and deliver to the above address.
This assessments are $100.00/monthly with a $25.00 late fee if not paid by the
30th day.
If you have any questions please feel free to contact the undersigned.

Sincerely

DALE C. GLASSFORD, ESQ.

## A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

### B. Type of Loan

| 1. [X] FHA   2. [ ] RHS   3. [ ] CONV. UNINS. | 6. File Number: CLS13-1047 | 7. Loan Number: 1053262 | 8. Mortgage Insurance Case Number: 095-3029944-703 |
| 4. [ ] VA   5. [ ] CONV. INS. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: ***<br>Jan M. Rivera and Heidimar Ortiz<br>1270 SE 27th St Unit 203<br>Homestead, Florida 33035 | E. Name & Address of Seller:<br>Duwayne M. Spencer, Simone N. Farquharson<br>a/k/a Spencer<br>4192 NE 9th St<br>Homestead, Florida 33033-8012 | F. Name & Address of Lender:<br>Cole Taylor Bank<br>2350 GREEN ROAD, SUITE 100<br>Ann Arbor, Michigan 48105 |
| G. Property Location: ***<br>3480 NE 1st Street<br>Homestead, Florida 33033-8012<br>Miami-dade County, Florida | H. Settlement Agent:<br>Trident Title, LLC<br>501 S. Flagler Drive, Suite 201<br>West Palm Beach, Florida 33401<br>(561) 515-2920  fax: (561) 515-2939 | I. Settlement Date:<br>July 18, 2014 |
| | Place of Settlement:<br>Trident Title, LLC<br>250 S. Australian Avenue, Suite 1107<br>West Palm Beach, Florida 33401<br>Phone: (561) 615-2932 | |

| J. | Summary of Borrower's Transaction | | K. | Summary of Seller's Transaction | |
|---|---|---|---|---|---|
| 100. | Gross Amount Due From Borrower: | | 400. | Gross Amount Due To Seller: | |
| 101. | Contract Sales Price | 162,000.00 | 401. | Contract Sales Price | 162,000.00 |
| 102. | Personal Property | | 402. | Personal Property | |
| 103. | Settlement Charges to Borrower (line 1400) | 16,694.43 | 403. | Credit from Title Company for Taxes not approved by lender | 463.61 |
| | Adjustments for Items Paid by Seller in Advance: | | | Adjustments for Items Paid by Seller in Advance: | |
| 106. | City / Town Taxes | | 406. | City / Town Taxes | |
| 107. | County / Parish Taxes | | 407. | County / Parish Taxes | |
| 108. | Assessments Jul 18, 2014 thru Jul 31, 2014 | 45.16 | 408. | Assessments Jul 18, 2014 thru Jul 31, 2014 | 45.16 |
| 120. | Gross Amount Due from Borrower: | 178,739.59 | 420. | Gross Amount Due to Seller: | 162,508.77 |
| 200. | Amounts Paid by or in Behalf of Borrower: | | 500. | Reductions In Amount Due to Seller: | |
| 201. | Deposit or Earnest Money | 5,000.00 | 501. | Excess Deposit (see instructions) | |
| 202. | Principal Amount of New Loan | 159,065.00 | 502. | Settlement Charges to Seller (Line 1400) | 14,034.32 |
| 203. | Existing Loan(s) taken subject to | | 503. | Existing Loan(s) taken subject to | |
| 204. | Daily interest credit | | 504. | Payoff of First Mortgage Loan to Chase | 76,368.07 |
| 205. | | | 505. | Payoff of Second Mortgage Loan to Chase | 65,505.70 |
| 206. | | | 506. | Purchase Money Mortgage | |
| 207. | | | 507. | Relocation Assistance to Duwayne M. Spencer, Simone N. Spencer | 3,000.00 |
| 208. | | | 508. | | |
| | Adjustments for Items Unpaid by Seller: | | | Adjustments for Items Unpaid by Seller: | |
| 210. | City / Town Taxes | | 510. | City / Town Taxes | |
| 211. | County / Parish Taxes Jan 1, 2014 thru Jul 17, 2014 | 1,980.68 | 511. | County / Parish Taxes Jan 1, 2014 thru Jul 17, 2014 | 1,980.68 |
| 212. | Assessments | | 512. | Assessments | |
| 213. | Closing cost credit | 1,620.00 | 513. | Closing cost credit | 1,620.00 |
| 220. | Total Paid by / for Borrower: | 167,665.68 | 520. | Total Reductions in Amount Due Seller: | 162,508.77 |
| 300. | Cash at Settlement from / to Borrower: | | 600. | Cash at Settlement to / from Seller: | |
| 301. | Gross Amount due from Borrower (line 120) | 178,739.59 | 601. | Gross Amount due to Seller (line 420) | 162,508.77 |
| 302. | Less Amount Paid by/for Borrower (line 220) | 167,665.68 | 602. | Less Reductions Amount due Seller (line 520) | 162,508.77 |
| 303. | Cash From Borrower: | $11,073.91 | 603. | Cash From Seller: | $0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Previous editions are obsolete
*** See supplemental page for additional information

Page 1 of 5

HUD-1
July 17, 2014 9:51 AM

Exhibit "B"

Settlement Date: July 18, 2014      Loan Number: 1053262      File Number: CLS13-1047

| L. | Settlement Charges | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. | Total Sales / Broker's Commission: $9,720.00 | | | |
| | Division of Commission (line 700) as follows | | | |
| 701. | 4,860.00 to Keller Williams Realty - Greenacres | | | |
| 702. | 4,860.00 to Coldwell Banker Residential Real Estate | | | |
| 703. | Commission Paid at Settlement | | | 9,720.00 |
| 704. | Processing fee | | | |
| 800. | Items Payable in Connection with Loan: | | | |
| 801. | Our origination charge | (from GFE #1) $875.00 | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) $-6,176.49 | | |
| 803. | Your adjusted origination charges to Cole Taylor Bank | (from GFE #A) | -5,301.49 | |
| 804. | Appraisal Fee to V. Group, LLC (poc $460.00 by Borrower) | (from GFE #3) | | |
| 805. | Credit Report to CBC Innovis | (from GFE #3) | 14.75 | |
| 806. | Tax Service | | | |
| 807. | Flood Certification to Corelogic Flood Services | (from GFE #3) | 9.00 | |
| 900. | Items Required by Lender to be Paid in Advance: | | | |
| 901. | Daily interest charge from Jul 18, 2014 to Aug 1, 2014 @ 19.0680 / day for 14 days | (from GFE #10) | 266.92 | |
| 902. | Mortgage Insurance Premium to Department of HUD | (from GFE #3) | 2,735.78 | |
| 903. | Homeowner's Insurance | (from GFE #11) | 1,829.00 | |
| 904. | Flood Insurance to Olympus DTRT | (from GFE #11) | 497.00 | |
| 1000. | Reserves Deposited with Lender: | | | |
| 1001. | Initial deposit for your escrow account to Cole Taylor Bank | (from GFE #9) | 3,153.14 | |
| 1002. | Homeowner's Insurance 4 months @ $152.42 per month | $609.68 | | |
| 1003. | Mortgage Insurance | | | |
| 1004. | Property Taxes 11 months @ $304.27 per month | $3,346.97 | | |
| 1005. | Flood Insurance 4 months @ $41.42 per month | $165.68 | | |
| 1099. | Aggregate Adjustment | $-969.19 | | |
| 1100. | Title Charges: | (from GFE #4) | 1,733.50 | |
| 1101. | Title services and lender's title insurance | $85.00 | | |
| - | Search fee to First American Title Insurance Company | $185.00 | | |
| - | Lien Search to Lightning Lien Letters | $400.00 | | |
| - | estoppel reimbursement to Trident Title, LLC | $150.00 | | |
| - | Notary Service to J Lowe | | | |
| 1102. | Settlement or Closing Fee to Trident Title, LLC | $500.00 | | 1,950.00 |
| 1103. | Owner's Title Insurance (First American Title Insurance Company) to Trident Title, LLC | (from GFE #5) | 385.00 | 500.00 |
| 1104. | Lender's Title Insurance (First American Title Insurance Company) to Trident Title, LLC | | | |
| - | Lender's Premium (Risk Rate Premium: $25.00) | $250.00 | | |
| - | Endorsement 5.1 | $25.00 | | |
| - | Endorsement 8.1 | $25.00 | | |
| - | Endorsement FL Form 9 | $113.60 | | |
| 1105. | Lender's Title Policy Limit $159,085.00 | | | |
| 1106. | Owner's Title Policy Limit $162,000.00 | | | |
| 1107. | Agent's Portion of the Total Title Insurance Premium | $908.95 | | |
| 1108. | Underwriter's Portion of the Total Title Insurance Premium | $389.55 | | |
| 1109. | | | | |
| 1110. | | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| 1200. | Government Recording and Transfer Charges: | (from GFE #7) | 130.50 | |
| 1201. | Government Recording Charges | | | |
| 1202. | Deed $27.00   Mortgage $103.50   Releases $0.00 | (from GFE #8) | 874.00 | |
| 1203. | Transfer Taxes | | | |
| 1204. | City/County tax/stamps   Deed $0.00   Mortgage $0.00 | | | |
| 1205. | State tax/stamps   Deed $972.00   Mortgage $556.85 | | | 972.00 |
| 1206. | Intangible Tax to Clerk of the Circuit Court | $318.13 | | |
| 1207. | Other Tax 2 | | | |

Previous editions are obsolete      Page 2 of 5      HUD-1
July 17, 2014 9:51 AM

Settlement Date: July 18, 2014                    Loan Number: 1053262                         File Number: CLS13-1047

| L.                     Settlement Charges | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| 1200. Government Recording and Transfer Charges: (continued) | | | |
| 1208. | (from GFE #7) | | |
| 1209. | (from GFE #7) | | |
| 1300. Additional Settlement Charges: | | | |
| 1301.  Required services that you can shop for | (from GFE #6) | 325.00 | |
| 1302.  Survey | | | |
|        to Target Surveying, LLC | $325.00 | | |
| 1303.  Pest Inspection | | | |
| 1304. | | | |
| 1305.  Delinquent HOA Dues | | | |
|        to Dale C. Gleasford, Esq. | | 9,941.35 | 892.32 |
| 1306. | | | |
| 1400. Total Settlement Charges (Enter on line 103, Section J and line 502, Section K) | | $16,694.43 | $14,034.32 |

Previous editions are obsolete                    Page 3 of 5                         HUD-1
                                                                          July 17, 2014 9:51 AM

Settlement Date: July 18, 2014      Loan Number: 1053262      File Number: CLS13-1047

## Comparison of Good Faith Estimate (GFE) and HUD Charges

| Charges That Cannot Increase | HUD Line No. | Good Faith Estimate | HUD |
|---|---|---|---|
| Our origination charge | # 801 | 975.00 | 975.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | -6,176.49 | -6,176.49 |
| Your adjusted origination charges | # 803 | -5,201.49 | -5,201.49 |
| Transfer taxes | #1203 | 2,110.66 | 874.98 |

| Charges That In Total Cannot Increase More Than 10% | HUD Line No. | Good Faith Estimate | HUD |
|---|---|---|---|
| Government Recording Charges | #1201 | 225.00 | 130.50 |
| Appraisal Fee | # 804 | 455.00 | 460.00 |
| Credit Report | # 805 | 14.75 | 14.75 |
| Flood Certification | # 807 | 9.00 | 9.00 |
| Mortgage Insurance Premium | # 902 | 2,735.78 | 2,735.78 |
| Title services and lender's title insurance | #1101 | 1,000.00 | 1,733.50 |
| Owner's Title Insurance | #1103 | 900.00 | 385.00 |
| Total | | 5,339.53 | 5,468.53 |
| Increase between GFE and HUD Charges | | 129.00 | 2.42% |

| Charges That Can Change | HUD Line No. | Good Faith Estimate | HUD |
|---|---|---|---|
| Initial deposit for your escrow account | #1001 | 1,301.08 | 3,153.14 |
| Daily Interest charge from Jul 18, 2014 to Aug 1, 2014 @ 19.0660 / day for 14 days | # 901 | 265.99 | 266.92 |
| Homeowner's insurance | # 903 | 1,829.00 | 1,829.00 |
| Flood Insurance | # 904 | 600.00 | 497.00 |
| Survey | #1302 | 375.00 | 326.00 |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $159,065.00 |
| Your loan term is | 30 years |
| Your initial interest rate is | 4.375 % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $968.74 includes<br>[X] Principal<br>[X] Interest<br>[X] Mortgage Insurance |
| Can your interest rate rise? | [X] No. [ ] Yes, it can rise to a maximum of _____ %. The first change will be on _____ and can change again every _____ after _____ . Every change date, your interest rate can increase or decrease by _____ %. Over the life of the loan, your interest rate is guaranteed to never be LOWER than _____ % or HIGHER than _____ %. |
| Even if you make payments on time, can your loan balance rise? | [X] No. [ ] Yes, it can rise to a maximum of $_____ . |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No. [ ] Yes, the first increase can be on _____ and the monthly amount owed can rise to $_____ .<br>The maximum it can ever rise to is $_____ |
| Does your loan have a prepayment penalty? | [X] No. [ ] Yes, your maximum prepayment penalty is $_____ . |
| Does your loan have a balloon payment? | [X] No. [ ] Yes, you have a balloon payment of $_____ due in _____ years on _____ |
| Total monthly amount owed including escrow account payments | [ ] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>[X] You have an additional monthly escrow payment of $498.11 that results in a total initial monthly amount owed of $1,466.85. This includes principal, interest, any mortgage insurance and any items checked below:<br>[X] Property taxes    [ ]<br>[X] Flood insurance    [ ]<br>[X] Homeowner's insurance    [ ] |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

Settlement Date: July 18, 2014       Loan Number: 1053262       File Number: CLS13-1047

| Buyers | | |
|---|---|---|
| Jan M. Rivera<br>1270 SE 27th St Unit 203<br>Homestead, Florida 33035 | Heldimar Ortiz<br>3480 NE 1st Street<br>Homestead, Florida 33033-8012 | |
| **Sellers** | | |
| Duwayne M. Spencer<br>4192 NE 9th St<br>Homestead, Florida 33033-8012 | Simone N. Farquharson n/k/a Spencer<br>4192 NE 9th St<br>Homestead, Florida 33033-8012 | |
| **Property Addresses** | | |
| 3480 NE 1st Street<br>Homestead, Florida 33033-8012 | 3480 NE 1st Street<br>Homestead, Florida 33033-8012 | |

I have carefully reviewed the HUD-1 Settlement Statement, and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

Borrower: _____       Seller: _____
       Jan M. Rivera                         Duwayne M. Spencer

Borrower: _____       Seller: _____
       Heldimar Ortiz                        Simone N. Farquharson n/k/a Spencer

                                          Seller: _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____         Date: July 18, 2014
                Tracy Cender

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.



September 26, 2017

**Sent Via Certified and Regular Mail**

Jan M. Rivera and Heidimar Ortiz
3480 NE 1 Street
Homestead, FL 33033

**Final Courtesy Notice of Past Due Assessments and Related Fees and Costs**

Re:     **Property Address:** 3480 NE 1 Street, Homestead, FL 33033 (the "**Property**")
        Oasis Club (the "**Club**")

Dear Jan M. Rivera and Heidimar Ortiz:

Our firm represents the Club in its efforts to collect the delinquent amounts owed on your Club account for the Property. Please be advised that this letter is being sent to you as a courtesy and is our final attempt to contact you before we continue our legal collection efforts against you.

The amount due on your account, including Club Dues, late fees and interest, if any, and attorney's fees and costs (including interest thereon, if any) is **$6,304.46.** This amount is valid through September 26, 2017 Additional amounts will become due after such date, including the attorney's fees and costs incurred with the filing and prosecution of a lawsuit, and such amounts may be significant.

To remit payment via credit card, make payment arrangements, or to discuss your account, please contact our firm without delay at **(305) 938-6922.** To remit payment via cashier's check or money order, please make your payment payable to ASSOCIATION LAW GROUP - TRUST ACCOUNT and mail to: ASSOCIATION LAW GROUP, P.O. BOX 311059, MIAMI, FL 33231.

Please note that if all or any of the amounts claimed herein were discharged in a bankruptcy filing in accordance with the U.S. Bankruptcy Code, this statutory notice is not an attempt to collect such amounts from you personally.

**Association Law Group, P.L.**
*on behalf of Oasis Club*

**IMPORTANT NOTICE TO CONSUMER DEBTORS**

OUR LAW FIRM MAY BE DEEMED A DEBT COLLECTOR UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT. IF YOU DO NOT NOTIFY US WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY US IN WRITING WITHIN 30 DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, OR YOU REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, WE WILL OBTAIN VERIFICATION OF THE DEBT AGAINST YOU AND MAIL A COPY TO YOU AND PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR. **THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.**

COPY          Exhibit "C"

**Mailing Address:**
P.O. Box 311059
Miami, Florida 33231
Phone: 305.938.6922
Fax: 305.938.6914

**Office Address:**
1200 Brickell Avenue, PH 2000
Miami, Florida 33131
Email: info@algpl.com

www.ALG-FIRM.com



April 20, 2018

**SENT VIA CERTIFIED AND REGULAR MAIL**
Jan M. Rivera and Heidimar Ortiz
3480 NE 1 Street
Homestead, FL 33033

**DELINQUENT CLUB DUES**

        Re:     3480 NE 1 Street
                  Club Oasis (the "**Club**")

Dear Jan M. Rivera and Heidimar Ortiz:

      Our firm represents Lennar Homes, LLC (the "**Pre-Transfer Club Owner**") regarding delinquent amounts owed on your Club account. Although no notice is required, this letter is to inform you a Claim of Lien has been filed against your property because you have not paid the Club Dues to the Pre-Transfer Club Owner. As of the date of this letter, the total amount of Club Dues with interest and late fees, if any, is $2,763.35. All attorney's fees and costs incurred to date, as well as all costs of any action and interest from this day forward will also be charged to your account.

      Any questions concerning this matter should be directed to our office via email payoff@aolgpl.com or visit our website at **www.ALG-FIRM.com** to request the current payoff amount or to arrange a payment plan. Please note that any payment(s) made to satisfy the amount due should be made payable to **ASSOCIATION LAW GROUP - TRUST ACCOUNT** and mailed to: **ASSOCIATION LAW GROUP, P.O. BOX 311059, MIAMI, FL 33231.** _Such payments should be made in the form of a cashier's check, money order or a wire transfer._

      Please note that if all or any of the amounts claimed herein were discharged in a bankruptcy filing in accordance with the U.S. Bankruptcy Code, this statutory notice is not an attempt to collect such amounts from you personally.

PLEASE GOVERN YOURSELF ACCORDINGLY.

David W. Krempa, Esq.

**IMPORTANT NOTICE TO CONSUMER DEBTORS**

OUR LAW FIRM MAY BE DEEMED A DEBT COLLECTOR UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

COPY      **Composite Exhibit "D"**

**Mailing Address:**
P.O. Box 311059
Miami, Florida 33231
Phone: 305.938.6922
Fax: 305.938.6914

**Office Address:**
1200 Brickell Avenue, PH 2000
Miami, Florida 33131
Email: Info@algpl.com

www.ALG-FIRM.com  

PREPARED BY AND UPON
RECORDATION RETURN TO:

ASSOCIATION LAW GROUP
P.O. BOX 311059
MIAMI, FL 33231
Attn:  David W. Krempa, Esq.

CFN: 20180243009 BOOK 30950 PAGE 3193
DATE:04/20/2018  04:23:28 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

## CLAIM OF LIEN

Lennar Homes, LLC, a Florida limited liability company (the "Pre-Transfer Club Owner"), pursuant to the rights granted to it by the Club Oasis Club Plan, as recorded in Official Records Book 24255 at Page 3919 of the Public Records of Miami-Dade County, Florida, as amended, hereby claims a lien upon the following described property:

LOT 33, IN BLOCK 1, ANTIGUA AT THE OASIS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 165 AT PAGE 5 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property Address:  3480 NE 1 Street, Homestead, FL 33033

The record owner(s) of this property is/are: Jan M. Rivera and Heidimar Ortiz

The amounts claimed under this lien from July 1, 2011 through June 20, 2014 are:

Club Dues, Special Use Fees, and other amounts owner(s)
is/are permitted to put on a charge account, if any, including,        $ 2,763.35
without limitation, the Club Membership Fee, together with
Interest, Late Fees, Costs, & Attorney's Fees due Prior
Attorney, if any:

This lien secures all unpaid Club Dues, Special Use Fees, and other amounts owner(s) is/are permitted to put on a charge account, if any, including, without limitation, the Club Membership Fee, which are owed to the Pre-Transfer Club Owner together with interest, late fees, costs and reasonable attorneys' and paraprofessional fees, pre-trial and at all levels of proceedings, including appeals, collection, and bankruptcy that are due and that may accrue after the lien is recorded and until satisfied.  In order to obtain a detailed itemization of the total amount due, please contact our office at (305) 938-6921.

Dated April 20, 2018

Lennar Homes, LLC, a Florida limited liability company
c/o Association Law Group
P.O. Box 311059
Miami, FL 33231

By: David W. Krempa, Esq.
Authorized Agent for Claimant

STATE OF FLORIDA           )
                           ) SS.:
COUNTY OF MIAMI-DADE       )

The foregoing instrument was acknowledged before me on the date written by David W. Krempa, Esq. as authorized agent for the Claimant for the purpose therein expressed and who is personally known to me.

My Commission Expires:

ODAYMIS BORGES
MY COMMISSION #GG000008
EXPIRES: JUN 08, 2020
Bonded through 1st State Insurance

Notary Public – State of Florida, at large



May 29, 2018

**VIA EMAIL**

Jan Rivera
Jan.riveratfa@gmail.com

Re:     Oasis Club (the "Association")
        Current Owner: Jon Rivera and Heidimar Ortiz
        Property Address: 3480 NE 1st Street, Homestead, FL 33033

To Whom It May Concern:

Our firm represents the Association. Pursuant to your request, below please find a breakdown and description of the sums due and owing through thirty (30) days from the date of this Payoff Estoppel (the "**Expiration Date**"):

| | |
|---|---|
| Amount due to Association through June 1, 2014 | $2,763.35 |
| Attorney Fees and Costs | $5,542.27 |
| Subtotal | $8,305.62 |
| Less payments received | ($250.00) |
| TOTAL | $8,055.62 |

Please contact us to initiate a wire transfer to pay the foregoing amount or, in the alternative, please make your check or money order payable to **Association Law Group, P.L., Trust Account** and remit the same to:

**Association Law Group**
**P.O. Box 311059**
**Miami, Florida 33231**

**THIS PAYOFF ESTOPPEL SHALL EXPIRE ON THE EXPIRATION DATE.** The total balance due as shown above shall only be valid as a binding payoff estoppel and constitute full payment of the delinquent account if payment in full is received by this firm on or before the Expiration Date. In order to obtain a detailed itemization of the amounts set forth above, please contact our office. Acceptance of the amounts described above after the Expiration Date may not constitute full payment of the delinquent account and acceptance of such sum(s) should not be construed as an payoff estoppel, novation or waiver of any kind. Because interest, late charges and other charges may vary from day to day, the amount due on the date your payment is received, if such payment is received by our office after the Expiration Date, may be greater than the Total amount set forth above. Hence, if we receive the Total amount set forth above after the Expiration Date, an adjustment may be necessary, in which event we will inform you. Acceptance of a partial or untimely payment will not result in the cessation of collection efforts, and collection efforts will continue until the account is paid in full. We reserve the right to correct any error or omission in the above figures made in good faith, whether mathematical, clerical, typographical or otherwise. Please note that the above payoff estoppel is applicable solely with respect to the Association and does not include any amounts that may be due to other associations and/or entities.

*Please note that if all or any of the amounts claimed herein were discharged in a bankruptcy filing in accordance with the U.S. Bankruptcy Code, this payoff estoppel is not an attempt to collect such amounts from you personally.*

Regards,

Shineke Willoughby
Comptroller

## Composite Exhibit "E"

Notice to consumer debtors: Our law firm may be deemed a debt collector under the Federal Fair Debt Collection Practices Act (FDCPA). This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Mailing Address:**
P.O. Box 311059
Miami, Florida 33231

**Office Address:**
1200 Brickell Avenue, PH 2000
Miami, Florida 33131

www.ALG-FIRM.com



08/20/2014  3:00 PM

Page:

<table>
<tr><td colspan="3">Resident Transaction Report</td></tr>
<tr><td colspan="3">Club Oasis</td></tr>
<tr><td colspan="3">Start Date 01/01/1900</td></tr>
</table>

CW-0013
Club Oasis-ANTIGUA
171 NE 30th Road
Homestead FL  33033

KW Property Management & Con
8200 NW 33rd Street, Suite 300
Doral FL  33122

| Unit | Space | Resident | Type | Date | CC | Description | Check | Charge Amount | Payment/Credit | Balan |
|------|-------|----------|------|------|----|-----|----|----|----|----|
| 480S | 01 | | | | | App# 76985 | Beg Bal | | | 0. |
| Simone Farqusharson | | | Chg | 08/30/2011 | C1 | Prev. Mgmt Bal | | 673.56 | | 673. |
| 3480 NE 1st Street | | | Chg | 06/30/2011 | C2 | Prev. Mgmt Bal | | 594.42 | | 1,267. |
| Homestead FL 33033 | | | Chg | 06/30/2011 | FC | Prev. Mgmt Bal | | 113.95 | | 1,381. |
| | | | Chg | 06/30/2011 | TX | Prev. Mgmt Bal | | 128.48 | | 1,510. |
| | | | Chg | 07/01/2011 | CI | Clubhouse Membership | | 47.24 | | 1,557. |
| | | | Chg | 07/01/2011 | TX | Sales Tax | | 3.31 | | 1,560. |
| | | | Chg | 08/01/2011 | C1 | Club Expense | | 26.24 | | 1,587. |
| | | | Chg | 08/01/2011 | C2 | Club Membership | | 21.00 | | 1,608. |
| | | | Chg | 08/01/2011 | TX | Sales Tax | | 3.31 | | 1,611. |
| | | | Chg | 08/15/2011 | FC | Interest | | 19.73 | | 1,631. |
| | | | Chg | 08/15/2011 | LF | Late Fees | | 25.00 | | 1,656. |
| | | | Chg | 09/01/2011 | C1 | Club Expense | | 26.24 | | 1,682. |
| | | | Chg | 09/01/2011 | C2 | Club Membership | | 21.00 | | 1,703. |
| | | | Chg | 09/01/2011 | TX | Sales Tax | | 3.31 | | 1,706. |
| | | | Chg | 09/15/2011 | FC | Interest | | 20.44 | | 1,727. |
| | | | Chg | 09/15/2011 | LF | Late Fees | | 25.00 | | 1,752. |
| | | | Chg | 09/15/2011 | DL | Demand Letter Fee | | 75.00 | | 1,827. |
| | | | Chg | 10/01/2011 | C1 | Club Expense | | 26.24 | | 1,853. |
| | | | Chg | 10/01/2011 | C2 | Club Membership | | 21.00 | | 1,874. |
| | | | Chg | 10/01/2011 | TX | Sales Tax | | 3.31 | | 1,877. |
| | | | Chg | 10/17/2011 | FC | Interest | | 21.15 | | 1,898. |
| | | | Chg | 10/17/2011 | LF | Late Fees | | 25.00 | | 1,923. |
| | | | Chg | 10/31/2011 | AD | COLLECTION COST | | 50.00 | | 1,973. |
| | | | Chg | 11/01/2011 | C1 | Club Expense | | 26.24 | | 2,000. |
| | | | Chg | 11/01/2011 | C2 | Club Membership | | 21.00 | | 2,021. |
| | | | Chg | 11/01/2011 | TX | Sales Tax | | 3.31 | | 2,024. |
| | | | Chg | 11/15/2011 | FC | Interest | | 21.85 | | 2,046. |
| | | | Chg | 11/15/2011 | LF | Late Fees | | 25.00 | | 2,071. |
| | | | Chg | 12/01/2011 | C1 | Club Expense | | 26.24 | | 2,097. |
| | | | Chg | 12/01/2011 | C2 | Club Membership | | 21.00 | | 2,118. |
| | | | Chg | 12/01/2011 | TX | Sales Tax | | 3.31 | | 2,121. |
| | | | Chg | 12/15/2011 | FC | Interest | | 22.56 | | 2,144. |
| | | | Chg | 12/15/2011 | LF | Late Fees | | 25.00 | | 2,169. |
| | | | Chg | 01/01/2012 | C1 | Club Expense | | 25.98 | | 2,195. |
| | | | Chg | 01/01/2012 | C2 | Club Membership | | 22.00 | | 2,217. |
| | | | Chg | 01/01/2012 | TX | Sales Tax | | 3.36 | | 2,220. |
| | | | Chg | 01/17/2012 | FC | Interest | | 23.28 | | 2,244. |
| | | | Chg | 01/17/2012 | LF | Late Fees | | 25.00 | | 2,269. |
| | | | Chg | 02/01/2012 | C1 | Club Expense | | 25.98 | | 2,295. |
| | | | Chg | 02/01/2012 | C2 | Club Membership | | 22.00 | | 2,317. |
| | | | Chg | 02/01/2012 | TX | Sales Tax | | 3.36 | | 2,320. |
| | | | Chg | 02/15/2012 | FC | Interest | | 24.00 | | 2,344. |
| | | | Chg | 02/15/2012 | LF | Late Fees | | 25.00 | | 2,369. |
| | | | Chg | 03/01/2012 | C1 | Club Expense | | 25.98 | | 2,395. |
| | | | Chg | 03/01/2012 | C2 | Club Membership | | 22.00 | | 2,417. |
| | | | Chg | 03/01/2012 | TX | Sales Tax | | 3.36 | | 2,420. |
| | | | Chg | 03/15/2012 | FC | Interest | | 24.72 | | 2,445. |
| | | | Chg | 03/15/2012 | LF | Late Fees | | 25.00 | | 2,470. |
| | | | Chg | 04/01/2012 | C1 | Club Expense | | 25.98 | | 2,496. |
| | | | Chg | 04/01/2012 | C2 | Club Membership | | 22.00 | | 2,518. |
| | | | Chg | 04/01/2012 | TX | Sales Tax | | 3.36 | | 2,521. |
| | | | Chg | 04/16/2012 | FC | Interest | | 26.44 | | 2,547. |
| | | | Chg | 04/16/2012 | LF | Late Fees | | 25.00 | | 2,572. |
| | | | Chg | 05/01/2012 | C1 | Club Expense | | 25.98 | | 2,598. |
| | | | Chg | 05/01/2012 | C2 | Club Membership | | 22.00 | | 2,620. |
| | | | Chg | 05/01/2012 | TX | Sales Tax | | 3.36 | | 2,623. |
| | | | Chg | 05/15/2012 | FC | Interest | | 26.16 | | 2,649. |
| | | | Chg | 05/15/2012 | LF | Late Fees | | 25.00 | | 2,674. |
| | | | Chg | 06/01/2012 | C1 | Club Expense | | 25.98 | | 2,700. |
| | | | Chg | 06/01/2012 | C2 | Club Membership | | 22.00 | | 2,722. |
| | | | Chg | 06/01/2012 | TX | Sales Tax | | 3.36 | | 2,726. |
| | | | Chg | 06/15/2012 | FC | Interest | | 26.88 | | 2,752. |
| | | | Chg | 06/15/2012 | LF | Late Fees | | 25.00 | | 2,777. |
| | | | Chg | 07/01/2012 | C1 | Club Expense | | 25.98 | | 2,803. |
| | | | Chg | 07/01/2012 | C2 | Club Membership | | 22.00 | | 2,825. |
| | | | Chg | 07/01/2012 | TX | Sales Tax | | 3.36 | | 2,829. |
| | | | Chg | 07/16/2012 | FC | Interest | | 27.60 | | 2,856. |
| | | | Chg | 07/16/2012 | LF | Late Fees | | 25.00 | | 2,881. |
| | | | Chg | 08/01/2012 | C1 | Club Expense | | 25.98 | | 2,907. |
| | | | Chg | 08/01/2012 | C2 | Club Membership | | 22.00 | | 2,929. |
| | | | Chg | 08/01/2012 | TX | Sales Tax | | 3.36 | | 2,933. |
| | | | Chg | 08/15/2012 | FC | Interest | | 28.32 | | 2,961. |
| | | | Chg | 08/15/2012 | LF | Late Fees | | 25.00 | | 2,986. |
| | | | Chg | 09/01/2012 | C1 | Club Expense | | 25.98 | | 3,012. |
| | | | Chg | 09/01/2012 | C2 | Club Membership | | 22.00 | | 3,034. |
| | | | Chg | 09/01/2012 | TX | Sales Tax | | 3.36 | | 3,037. |

08/20/2014  3:00 PM

**Resident Transaction Report**
**Club Oasis**
Start Date 01/01/1900

Page:

CW-0013
Club Oasis-ANTIGUA
171 NE 30th Road
Homestead FL  33033

KW Property Management & Cons
8200 NW 33rd Street, Suite 300
Doral FL  33122

| Unit | Space | Resident | Type | Date | CC | Description | Check | Charge Amount | Payment/Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Chg | 09/20/2012 | FC | Interest | | 29.04 | | 3,066.9 |
| | | | Chg | 09/20/2012 | LF | Late Fees | | 25.00 | | 3,091.9 |
| | | | Chg | 10/01/2012 | C1 | Club Expense | | 25.98 | | 3,117.9 |
| | | | Chg | 10/01/2012 | C2 | Club Membership | | 22.00 | | 3,139.9 |
| | | | Chg | 10/01/2012 | TX | Sales Tax | | 3.36 | | 3,143.2 |
| | | | Chg | 10/22/2012 | FC | Interest | | 29.76 | | 3,173.0 |
| | | | Chg | 10/22/2012 | LF | Late Fees | | 25.00 | | 3,198.0 |
| | | | Chg | 11/01/2012 | C1 | Club Expense | | 25.98 | | 3,224.0 |
| | | | Chg | 11/01/2012 | C2 | Club Membership | | 22.00 | | 3,246.0 |
| | | | Chg | 11/01/2012 | TX | Sales Tax | | 3.36 | | 3,249.3 |
| | | | Chg | 11/20/2012 | FC | Interest | | 30.48 | | 3,279.8 |
| | | | Chg | 11/20/2012 | LF | Late Fees | | 25.00 | | 3,304.6 |
| | | | Chg | 12/01/2012 | C1 | Club Expense | | 25.98 | | 3,330.6 |
| | | | Chg | 12/01/2012 | C2 | Club Membership | | 22.00 | | 3,352.8 |
| | | | Chg | 12/01/2012 | TX | Sales Tax | | 3.36 | | 3,356.2 |
| | | | Chg | 12/20/2012 | FC | Interest | | 31.20 | | 3,387.4 |
| | | | Chg | 12/20/2012 | LF | Late Fees | | 25.00 | | 3,412.4 |
| | | | Chg | 01/01/2013 | C1 | Club Expense | | 31.51 | | 3,443.9 |
| | | | Chg | 01/01/2013 | C2 | Club Membership | | 23.00 | | 3,466.9 |
| | | | Chg | 01/01/2013 | TX | Sales Tax | | 3.82 | | 3,470.7 |
| | | | Chg | 01/22/2013 | FC | Interest | | 32.02 | | 3,502.7 |
| | | | Chg | 01/22/2013 | LF | Late Fees | | 25.00 | | 3,527.7 |
| | | | Chg | 02/01/2013 | C1 | Club Expense | | 31.51 | | 3,559.2 |
| | | | Chg | 02/01/2013 | C2 | Club Membership | | 23.00 | | 3,582.2 |
| | | | Chg | 02/01/2013 | TX | Sales Tax | | 3.82 | | 3,586.0 |
| | | | Chg | 02/20/2013 | FC | Interest | | 32.83 | | 3,618.9 |
| | | | Chg | 02/20/2013 | LF | Late Fees | | 25.00 | | 3,643.9 |
| | | | Chg | 03/01/2013 | C1 | Club Expense | | 31.51 | | 3,675.4 |
| | | | Chg | 03/01/2013 | C2 | Club Membership | | 23.00 | | 3,698.4 |
| | | | Chg | 03/01/2013 | TX | Sales Tax | | 3.82 | | 3,702.2 |
| | | | Chg | 03/20/2013 | FC | Interest | | 33.65 | | 3,735.4 |
| | | | Chg | 03/20/2013 | LF | Late Fees | | 25.00 | | 3,760.8 |
| | | | Chg | 03/20/2013 | DL | Demand Letter Fee | | 75.00 | | 3,835.4 |
| | | | Chg | 04/01/2013 | C1 | Club Expense | | 31.51 | | 3,867.4 |
| | | | Chg | 04/01/2013 | C2 | Club Membership | | 23.00 | | 3,890.4 |
| | | | Chg | 04/01/2013 | TX | Sales Tax | | 3.82 | | 3,894.2 |
| | | | Chg | 04/23/2013 | FC | Interest | | 34.47 | | 3,928.6 |
| | | | Chg | 04/23/2013 | LF | Late Fees | | 25.00 | | 3,953.6 |
| | | | Chg | 05/01/2013 | C1 | Club Expense | | 31.51 | | 3,985.1 |
| | | | Chg | 05/01/2013 | C2 | Club Membership | | 23.00 | | 4,008.1 |
| | | | Chg | 05/01/2013 | TX | Sales Tax | | 3.82 | | 4,012.0 |
| | | | Chg | 12/11/2013 | AD | Collection Cost | | 50.00 | | 4,062.0 |
| | | | Chg | 12/17/2013 | FC | Interest | | 35.29 | | 4,097.3 |
| | | | Chg | 02/20/2014 | FC | Interest | | 35.29 | | 4,132.6 |
| | | | Chg | 03/18/2014 | FC | Interest | | 35.29 | | 4,167.9 |
| | | | Chg | 04/21/2014 | FC | Interest | | 35.29 | | 4,203. |
| | | | Chg | 05/20/2014 | FC | Interest | | 35.29 | | 4,238.4 |
| | | | Chg | 06/20/2014 | FC | Interest | | 35.29 | | 4,273. |
| | | | | | | | End Bal | | | 4,273. |

NO payments as of 6/22/17